U.S. District Court
Southern District of Mississippi

Christopher. S COBB
Pettioner, Claimant

V

Captain Brown.

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 13 2023
ARTHUR JOHNSTON
BY _____ DEPUTY

3:23-CV-255-KHJ-MTP

Comes now Pettioner. Christopher. S. COBB Proceeding PRO SE Before This Honorable Court in this Complaint Concerning Federal Correctional officer Captain Brown False Imprisoning Pettioner in The Special Housing Unit as an act of Retaliation and discrimination For Some words Pettioner had with him.

On September 10th 2022 Petitioner and Brown had Some words and Despite He No longer Under Investigation. Been to DHO, HE have NO Seg. TiME, His Transfer has Been Denied He has No Threat Assessment or Sperate T's Captain Brown has held petitioner in the hold For his personal I'll Feelings Toward him, According to Policy, The Due Process Do Not consist of staff Being AFFORDED The Right To Detain Inmates For Their own personal AGenda.

My Constitutional Rights have been Violated. IT states That to Prevail on a Claim that their Statutory Rights have been Violated.. Prisoner must show that the Challenged Prison Policy or Regulation is Unreasonable, The burden on Prison administrators is to show the reasonableness of Prison polices. To uphold a Policy a Factual record is necessary to determine the rationality oF the Policy's overall Connection to Rehabilitave intrests.

It is Necessary to First identify the specific Rehabilitave goals advanced by the governments to justify The policy, and then give the parties the opportunity to addice Evidence Sufficeient to enable a determination as to whether the connection between these goals and the restriction is rational, My Eighth Admendment has been Violatecl. Because Im being Subjected to cruel and unusaul punishment which is without Penological Justification. This determination is made on the Prison Context where as prison offical captain Brown is acting with deliberate indiffeeence By holding me in special housing Unit for 8 month, He False Impersoning me in the hole as an act of Retaliation and Discrimination and its causing me emotional Distress; Mental Anguish and it's cruel and Unusaul punishment I would like to be awarded Counsel So I can have the Proper Legal Representation Thanks,