UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

CHRISTOPHER S. COBB                                                                                  PLAINTIFF

V.                                            CIVIL ACTION NO. 3:23-CV-255-KHJ-MTP

CAPTAIN BROWN                                                                                     DEFENDANT

FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment. The Court dismisses this action. This case is closed.

SO ORDERED AND ADJUDGED, this 8th day of November, 2024.

                                            s/ *Kristi H. Johnson*
                                            UNITED STATES DISTRICT JUDGE